EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2019 TSPR 203 |
| Yanisse Paola Cuadrado Ruiz | 203 DPR _____ |

Número del Caso:  TS-19,220

Fecha:  29 de octubre de 2019

Abogada de la parte peticionaria:

        Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yanisse Paola Cuadrado Ruiz

TS-19,220

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de octubre de 2019.

Examinada la *Solicitud de reactivación al ejercicio de la abogacía* presentada el 18 de octubre de 2019, se ordena la reactivación inmediata al ejercicio de la abogacía a la Sra. Yanisse Paola Cuadrado Ruiz.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo